| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| R3 / YDK 24493657 | 01/1 | 4807897 | 1 of 1 | **Earnings Statement** |  |

K3MED LLC
781 Easton Rd
Warrington, PA 18976-2019

Period Starting:  11/03/2024
Period Ending:   11/16/2024
Pay Date:        11/22/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:          Tax Override:
  Federal:  Std W/H Table          Federal:  0.00 Addnl
  State:    0                      State:
  Local:    0                      Local:
Social Security Number: XXX-XX-XXXX

**Linda Bailey**
40 Norwyn Road
Hatboro, PA 19040-2018

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 72.0000 | 10.32 | 743.04 | 99738.72 |
| Regular | 72.0000 | 69.34 | 4992.48 | |
| **Gross Pay** | | | **$5,735.52** | **$99,738.72** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 114.70 | 1120.30 |
| Total Hours Worked | 79.66 | 1385.26 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -800.35 | 12709.88 |
| Social Security | -355.60 | 6183.80 |
| Medicare | -83.16 | 1446.21 |
| Pennsylvania State Income | -176.08 | 3061.97 |
| Pennsylvania State UI | -4.01 | 69.82 |
| Warrington T Local Income | -57.36 | 997.40 |
| Warrington Twp Local | -2.00 | 42.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6531 | XXXXXXXXX | 4084.90 |

**Important Notes**

Basis of pay: Hourly

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -172.06 | 1680.50 |
| **Net Pay** | **$4,084.90** | |

Your federal taxable wages this period are $5,563.46
* Excluded from Federal taxable wages

K3MED LLC
781 Easton Rd
Warrington, PA 18976-2019

Pay Date:    11/22/2024

**Deposited to the account**                      account number           transit/ABA           amount
Checking DirectDeposit                             XXXXXX6531               XXXXXXXXX             4084.90

THIS IS NOT A CHECK

Linda Bailey
40 Norwyn Road
Hatboro, PA 19040-2018

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| R3 / YDK 24493657 | 01/1 | 4776798 | 1 of 1 | **Earnings Statement** |  |

K3MED LLC
781 Easton Rd
Warrington, PA 18976-2019

Period Starting: 10/20/2024
Period Ending: 11/02/2024
Pay Date: 11/08/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:       Tax Override:
  Federal:    Std W/H Table     Federal:   0.00 Addnl
  State:      0                 State:
  Local:      0                 Local:
Social Security Number: XXX-XX-XXXX

Linda Bailey
40 Norwyn Road
Hatboro, PA 19040-2018

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 72.0000 | 74.15 | 5338.80 | 94003.20 |
| Regular | 72.0000 | 20.20 | 1454.40 | |
| **Gross Pay** | | | **$6,793.20** | **$94,003.20** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 135.86 | 1005.60 |
| Total Hours Worked | 94.35 | 1305.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1046.57 | 11909.53 |
| Social Security | -421.18 | 5828.20 |
| Medicare | -98.50 | 1363.05 |
| Pennsylvania State Income | -208.55 | 2885.89 |
| Pennsylvania State UI | -4.76 | 65.81 |
| Warrington T Local Income | -67.93 | 940.04 |
| Warrington Twp Local | -2.00 | 40.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6531 | XXXXXXXXX | 4739.92 |

**Important Notes**

Basis of pay: Hourly

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -203.79 | 1508.44 |
| **Net Pay** | **$4,739.92** | |

Your federal taxable wages this period are $6,589.41
* Excluded from Federal taxable wages

K3MED LLC
781 Easton Rd
Warrington, PA 18976-2019

Pay Date:    11/08/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6531 | XXXXXXXXX | 4739.92 |

Linda Bailey
40 Norwyn Road
Hatboro, PA 19040-2018