**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **LINDA A. BAILEY** | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-14325 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on February 5, 2025. Docket entry #17 and cancel the hearing scheduled for 5/20/2025 at 1:00 PM.

                                                           Respectfully submitted,

                                                          /s/ Kenneth E. West, Esq

May 6, 2025

                                                          Kenneth E. West
                                                          Chapter 13 Standing Trustee