# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LINDA BAILEY<br>          Debtor. | Case No.: 24-14325<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the Debtor's First Amended Chapter 13 Bankruptcy Plan with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Chapter 13 Trustee, the United States Trustee and those that entered an Entry of Appearance. I have sent the Plan by U.S. First Class Mail to all those creditors who have filed Proof of Claims not provided for above.

Dated: May 7, 2025                                              /s/ Alexander G. Tuttle____

                                                                                                   Alexander G. Tuttle, Esq.
                                                                                                   Tuttle Legal
                                                                                                   196 W. Ashland St.
                                                                                                   Doylestown, PA 18901
                                                                                                   215-723-7969 (phone)
                                                                                                   Attorney for Debtor