### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda A. Bailey<br>　　　　　　　　　　Debtor(s)<br><br>Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Linda A. Bailey<br>　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 24-14325 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, which was filed with the Court on or about March 5, 2025.

Dated: May 12, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Linda A. Bailey | **BK NO. 24-14325 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee** | **Related to Claim No. 5** |
| **Movant** | |
| **vs.** | |
| **Linda A. Bailey** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 5/12/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 5/12/2025

                                                  **/s/ Matthew Fissel**
                                                  Matthew Fissel, Esquire
                                                  Attorney I.D. 314567
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  201-549-2363
                                                  bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Linda A. Bailey<br>40 Norwn Road<br>Hatboro, PA 19040 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Alexander G. Tuttle, Esq.<br>Tuttle Legal<br>2303 North Broad Street, Suite 2<br>Colmar, PA 18915 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |