**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **LINDA A. BAILEY** | : |
| | : BANKRUPTCY NO. **24-14325 PMM** |
| Debtor (s) | |

### P R A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 7/15/2025 At 10:00 P.M. before the Hon. Patricia M. Mayer.

                                                            Respectfully submitted,

Date: May 14, 2025                         /s/Jack K. Miller, Esquire for
                                                            Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee
                                                             190 N. Independence Mall West
                                                             Suite 701
                                                             Philadelphia, PA 19106