*Form 152* (1/25)–doc 32 – 20

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Linda A. Bailey                    )    Case No. 24–14325–pmm
                                          )
                                          )
    Debtor(s).                         )    Chapter: 13
                                          )
                                          )

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

on 7/15/25 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: May 16, 2025                                    For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court