*Form 152* (1/25)–doc 35 – 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Linda A. Bailey ) Case No. 24–14325–pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

on 7/15/25 at 01:00 PM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: May 20, 2025

For The Court

Timothy B. McGrath
Clerk of Court