U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Case No.: 24-14325
LINDA BAILEY                            Chapter 13

                Debtors.

## WITHDRAWAL AND ENTRY OF APPEARANCE

To The Clerk of Court:

Kindly withdraw the appearance of Alexander Tuttle for the Debtor.

*[signature]*

Alexander Tuttle
196 W. Ashland St.
Doylestown, PA 18901
215-723-7969

Kindly enter the appearance of David Spitofsky for the Debtor.

*[signature]*

David Spitofsky, Esq.
Law Offices of David B. Spitofsky
516 Swede St.
Norristown, PA 19401
(610) 272-4555
spitofskylaw@verizon.net