United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14325-pmm
Linda A. Bailey  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 16, 2025      Form ID: 155      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda A. Bailey, 40 Norwn Road, Hatboro, PA 19040-2018 |
| 14957079 | + | DOYLESTOWN HOSPITAL, 595 STATE ST., Doylestown, PA 18901-2597 |
| 14957084 | | SELPORT SVC, 3815 S WEST TEMPLE ST, Salt Lake City, UT 84115 |
| 14958554 | + | Towd Point Mortgage Trust 2018-2, U.S. Bank National Assoc, c/o Denise Carlon, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14957085 | + | UNITED EQU, 3500 MAPLE AVE., STE. 200, Dallas, TX 75219-3906 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14957076 | | Email/Text: collectors@arresourcesinc.com | Jul 17 2025 00:28:00 | AR RESOURCES INC, 1777 SENTRY PKWY W, Blue Bell, PA 19422 |
| 14961398 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 17 2025 00:28:00 | Sloan Servicing obo Ascendium Education Solutions, Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14957078 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 00:34:56 | CAPITAL ONE, PO BOX 85015, Richmond, VA 23285 |
| 14961000 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2025 00:34:05 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14957080 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 17 2025 00:28:00 | IC SYSTEM INC, PO BOX 55164-0378 |
| 14957081 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 00:34:04 | KOHLS / CAP 1, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14957082 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 17 2025 00:28:00 | NELNET LOANS, PO BOX 1649, Denver, CO 80201-1649 |
| 14957083 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2025 00:28:00 | SANTANDER, 8585 N STEMMONS FW, Dallas, TX 75247-3836 |
| 14964006 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2025 00:28:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14977557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 17 2025 00:28:00 | Towd Point Mortgage Trust 2018-2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14957086 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 17 2025 00:28:00 | VERIZON, 500 TECHNOLOGY DR, Saint Charles, MO 63304-2225 |
| 14973405 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2025 00:34:39 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14973540 | | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2025 00:34:14 | Verizon by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 13

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 155 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14957077 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR RESOURCES INC, 1777 SENTRY PKWY W, Blue Bell, PA 19422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Linda A. Bailey spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Linda A. Bailey   )   Case No. 24−14325−pmm

Debtor(s).   )   Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 15, 2025

For The Court

Patricia M. Mayer  
Judge, United States Bankruptcy Court